**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT STORAY**                                                                                          **PLAINTIFF**

v.                                                         **4:08-CV-04142-WRW**

**METRO BUILDERS SUPPLY**                                                                **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Dismiss or Alternative Motion for More Definite Statement (Doc. No. 13). Since Plaintiff has failed to respond to the motion, I assume he concedes.[1]

Accordingly, Defendant's motion is GRANTED, and Plaintiff's case is DISMISSED for failure to prosecute.

IT IS SO ORDERED this 27th day of January, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's response was due on Wednesday, January 14, 2009. On January 16, 2009, I sent Plaintiff a letter directing him to respond by 5:00 p.m. on Friday, January 23, 2009. No response has been filed.